**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

G. Neil Garrett, D.D.S., P.C.

                                              Plaintiff,

v.                                                  Case No.: 1:13−cv−08735
                                                  Honorable Matthew F. Kennelly

Iverson Dental Laboratory, Inc., et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 3/18/2014 with only plaintiff's attorney appearing. The parties have reached a settlement, subject to documentation. Status hearing is set for 4/21/2014 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.